IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES BOGART,

    Plaintiff,

vs.                                                CV 11-323 RB/CG

BOARD OF COUNTY COMMISSIONERS OF
DONA ANA COUNTY, NEW MEXICO, ET AL.,

    Defendants.

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

**THIS MATTER** is before the Court on Defendants' *Motion and Application to Admit Henry J. Paoli Pro Hac Vice*, (Doc. 22). The Court, having considered the motion, noting that it complies with the terms of D.N.M.LR-Civ.83.3, and otherwise being fully advised in the premises, **FINDS** the motion to be well-taken.

**IT IS THEREFORE ORDERED** that Defendants' *Motion and Application to Admit Henry J. Paoli Pro Hac Vice*, (Doc. 22), be **GRANTED**. Henry J. Paoli is admitted to practice *pro hac vice* in the above-captioned case.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE