**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| JAMES BOGART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 2:11-CV-00323 RB/CG |
| BOARD OF COUNTY | § | |
| COMMISSIONERS OF DONA ANA | § | |
| COUNTY, NEW MEXICO, | § | |
| CHRISTOPHER BARELA, in his | § | |
| individual and official capacities, and | § | |
| JOHN DOE(S) and JANE DOE(S) | § | |
| 1 through 7 | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF
DONA ANA COUNTY, NEW MEXICO AND CHRISTOPHER BARELA'S
UNOPPOSED MOTION FOR LEAVE TO AMEND ORIGINAL ANSWER**

On this date, the Court considered *Defendants' Unopposed Motion for Leave to Amend Original Answer*. (Doc. 42).  The Court has considered the motion, the lack of opposition by plaintiff, and all matters of record.

The Court concludes that this motion to amend answer to Plaintiff's first amended complaint has merit and should be granted.  It is ordered that Defendants Board of County Commissioners of Dona Ana County, New Mexico, and Christopher Barela are granted leave to file an amended answer in this case.  The Clerk is directed to file the first amended answer attached to *Defendants' Unopposed Motion for Leave to Amend Original Answer*, (Doc. 42).

_____

THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE


**Approved:**

*/s/Henry J. Paoli_____*
Henry J. Paoli,
Attorney for Defendants


*/s / with permission and approval communicated to Mr. Paoli on Nov. 16, 2011*
Jeff Lahann,
Attorney for Plaintiff

955975 v1                                    2